Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
PAUL REIFFER

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
2/27/2020

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND

| | |
|---|---|
| PAUL REIFFER,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST ALARM SECURITY & PATROL, INC. DBA FIRSTSECURITYSERVICES.COM AND SOS SECURITY LLC,<br><br>Defendants. | Case No.: 4:19-cv-06892-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Paul Reiffer, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: February 24, 2020     Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Paul Reiffer